No. 236.   WEBER v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.   Memorandum filed by MR. JUSTICE FRANKFURTER.   *Howard W. Ameli* and *James F. Ryan* for petitioner.   *Acting Solicitor General Stern, Assistant Attorney General Murray and Beatrice Rosenberg* for the United States.

MR. JUSTICE FRANKFURTER.

This is another instance where I deem it appropriate to indicate what was before us in a petition for certiorari. See *Maryland* v. *Baltimore Radio Show,* 338 U. S. 912. One of the questions presented by this petition is the sufficiency of the claim that the verdict was vitiated because publications reflecting adversely on the defendant, before any testimony was taken in the case, precluded a fair and impartial trial.   Under the circumstances the Court of Appeals, composed of Swan, Chief Judge, Augustus N. Hand and Frank, Circuit Judges, rejected the claim while acknowledging that

> "such comments by newspapers [as revealed by the exhibits herein] during the pendency of a criminal trial are inexcusable.[2] "   *United States* v. *Weber,* 197 F. 2d 237, 239.

"[2] In England it is probable that the publishers would be severely penalized.   See cases cited in Maryland v. Baltimore Radio Show, 338 U. S. 912, 921–936, 70 S. Ct. 252, 94 L. Ed. 562."

No. 237.   WILLIAMS, DOING BUSINESS AS L. J. WILLIAMS LUMBER CO., ET AL. v. NATIONAL LABOR RELATIONS BOARD.   C. A. 4th Cir.   Certiorari denied.   *Henry Hammer* for petitioners.   *Acting Solicitor General Stern, George J. Bott, David P. Findling and Mozart G. Ratner* for respondent.

No. 239.   AERATION PROCESSES, INC. v. LANGE ET AL. C. A. 8th Cir.   Certiorari denied.   *H. A. Toulmin, Jr.*